# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICARDO ANDERSON, JR.,
                              Appellant,
                    vs.
WARDEN, NORTHERN NEVADA
CORRECTIONAL CENTER,
                              Respondent.

No. 76404

FILED

JUL 27 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying an "ex-parte motion writ of habeas corpus." First Judicial District Court, Storey County; James E. Wilson, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:  Hon. James E. Wilson, District Judge
     Ricardo Anderson, Jr.
     Attorney General/Carson City
     Storey County Clerk

18-29035